11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kadane Corporation,                                       * From the 29th District
                                                            Court of Palo Pinto County,
                                                            Trial Court No. C42625.

Vs. No. 11-11-00236-CV                              * June 27, 2013

Cholla Petroleum, Inc.,                               * Memorandum Opinion by Wright, C.J.
                                                            (Panel consists of: Wright, C.J.,
                                                            McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.    Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.    The costs incurred by reason of this appeal are taxed against Kadane Corporation.